# EZEKIEL C. HOWELL
## v.
# WILLIAM W. FOSTER.

*Bill to Remove Cloud—Parties.*

Upon a bill filed to remove a cloud from the complainant's title to certain lands by reason of several judgments for costs against his grantor, it is *held:* That the various persons interested in sustaining the judgments are necessary parties.

[Opinion filed February 17, 1887.]

IN ERROR to the Circuit Court of Macon County; the Hon. J. F. HUGHES, Judge, presiding.

This was a bill filed in the court below by the plaintiff in error to remove a cloud from the title to lands purchased by him from Frederick Aholtz, by reason of several judgments for costs against said Aholtz and one against Leah Aholtz, upon all of which, some nineteen in number, executions had been issued upon each judgment and placed in the hands of defendant Foster, as Sheriff of Macon County, and by him levied on the property described in the bill.

Messrs. H. PASCO and B. I. STERRETT, for plaintiff in error

The defendant filed a general demurrer to the bill, which was by the court sustained and the bill by the court dismissed, and complainant having elected to stand by his bill brings the case to this court on error.

Messrs. OUTTEN & VAIL, for defendant in error.

*Per Curiam.* It is unnecessary to consider any of the questions raised in this record except the one as to proper parties.

The various persons interested in sustaining the fee bills were necessary parties. Their rights were involved in the controversy, and, as the bill only made the Sheriff a defendant, the court properly sustained a demurrer to it. Plaintiff in error failing to amend his bill it was properly dismissed.

*Affirmed.*